IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02123-MJW

LEROY LUCIO,
OSCAR FUENTES,
RENE FUENTES, and
RUDY MONCADA,
*on their own behalf and on behalf of all others similarly situated*,

Plaintiffs,

v.

RANGER FIRE, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 24) is GRANTED finding good cause shown.  The written Stipulated Protective Order Concerning Confidential Information (docket no. 24-1) is APPROVED as amended in paragraph 14 and made an Order of Court.

Date: January 4, 2016